STATE OF CONNECTICUT *v.* GEORGE MAXWELL

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 704 (AC 10006), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Thomas Ullman,* public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided February 11, 1993

STATE OF CONNECTICUT *v.* JAMES WILLEY YOUNG

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 754 (AC 10278), is denied.

*Denise M. Cloutier* and *Robert S. Melvin,* special public defenders, in support of the petition.

*Lawrence J. Tytla,* assistant state's attorney, in opposition.

Decided February 11, 1993